# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICRON TECHNOLOGY, INC.;<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.; MICRON<br>TECHNOLOGY TEXAS LLC,<br><br>          Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

## <u>MICRON DEFENDANTS' NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE THAT Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC[1] ("Micron") hereby appeal to the U.S. Court of Appeals for the Federal Circuit from (1) the Final Judgment of the District Court (Dkt. No. 151), (2) the Memorandum Opinion and Order denying Micron's Motion for Judgment as a Matter of Law of Non-Infringement for U.S. Patent Nos. 7,619,912 and 11,093,417 (Dkt. No. 190), (3) the Memorandum Opinion and Order denying Micron's Motion for Judgment as a Matter of Law of no Willfulness (Dkt. No. 191), (4) the Memorandum Opinion and Order denying Micron's Renewed Motion for Judgment as a Matter of Law on Damages (Dkt. No. 192), (5) the Memorandum Opinion and Order denying Micron's Motion for a New Trial (Dkt. No. 193), (6) the Claim Construction Memorandum Opinion and Order (Dkt.

---

[1] Although Micron Technology Texas LLC was dissolved in October 2023, it joins this notice of appeal as necessary and to the extent appropriate under Idaho Code § 30-25-702 for the purpose of winding up its activities and affairs.

No. 228, Case No. 2:22-cv-00293-JRG), and (7) any and all other decisions, findings, orders, rulings, opinions, and/or conclusions entered in this action or merged into, incorporated in, or related to the Final Judgment decided adversely to Micron.


Dated: July 9, 2025                              Respectfully submitted,


*/s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Rex Mann
State Bar No. 24075509
RMann@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453 6500
Facsimile: (214) 453 6400

David P. Enzminger (pro hac vice)
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (pro hac vice)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858 6500

Facsimile: (650) 858 6559

Aldo A. Badini
abadini@winston.com
WINSTON & STRAWN LLP
200 Park Ave., Floor Ave., Flr. 43
New York, NY 10166-4193
Telephone: (212) 294-4601
Facsimile: (212) 294-4700

Brian J. Nisbet
Maureen L. Rurka
bnisbet@winston.com
mrurka@winston.com
WINSTON & STRAWN LLP
5 West Wacker Drive, Ste. 4200
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 5585700

Matthew Hopkins (pro hac vice)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282 5000
Facsimile: (202) 282 5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (pro hac vice)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651 2600
Facsimile: (713) 651 2700

**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR PRODUCTS,
INC., MICRON TECHNOLOGY TEXAS,
LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2025, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including counsel of record for Plaintiff Netlist Inc.

<u>/s/ Michael R. Rueckheim</u>
Michael R. Rueckheim

A TRUE COPY I CERTIFY
DAVID A. O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF
TEXAS
By: _____ *Nakisha Love* _____

Case: 25-1936    Document: 1    Page: 5    Filed: 07/15/2025

APPEAL,CLOSED,JRG2,JURY,MEDIATION,PATENT/TRADEMARK

**U.S. District Court**
**Eastern District of TEXAS [LIVE] (Marshall)**
**CIVIL DOCKET FOR CASE #: 2:22-cv-00294-JRG**
**Internal Use Only**

Netlist, Inc. v. MICRON TECHNOLOGY TEXAS, LLC et al      Date Filed: 08/01/2022
Assigned to: District Judge Rodney Gilstrap                        Date Terminated: 07/11/2024
Cause: 35:271 Patent Infringement                                  Jury Demand: Plaintiff
                                                                   Nature of Suit: 830 Patent
                                                                   Jurisdiction: Federal Question

**Mediator**

**David Folsom**
Jackson Walker LLP
6002-B Summerfield Drive
Texarkana, TX 75503
*dfolsom@jw.com*

**Technical Advisor**

**Michael D. Paul**

**Plaintiff**

**Netlist, Inc.**                        represented by      **Andrew Henderson**
                                                             Irell & Manella LLP
                                                             1800 Avenue of Stars
                                                             Suite 900
                                                             Los Angeles, CA 90067
                                                             310-277-1010
                                                             Email: dhenderson@irell.com
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andrew J. Strabone**
                                                             Irell & Manella LLP - Los Angeles
                                                             1800 Avenue of the Stars
                                                             Suite 900
                                                             Los Angeles, CA 90067-4276
                                                             310-277-1010
                                                             Fax: 310-203-7199
                                                             Email: astrabone@irell.com
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Anthony Q Rowles**
                                                             Irell & Manella LLP - Los Angeles
                                                             1800 Avenue of the Stars
                                                             Suite 900
                                                             Los Angeles, CA 90067-4276
                                                             310-203-7635

Fax: 310-203-7199
Email: trowles@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dovid Z. Kahn**
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Suite 900
Los Angeles, CA 90067
310-277-1010
Email: dkahn@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hong Annita Zhong**
Irell & Manella LLP - Los Angeles
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-203-7183
Fax: 310.203.7199
Email: hzhong@irell.com
*ATTORNEY TO BE NOTICED*

**Jason G Sheasby**
Irell & Manella LLP - Los Angeles
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310.203-7096
Fax: 310-203-7199
Email: jsheasby@irell.com
*ATTORNEY TO BE NOTICED*

**Jennifer Leigh Truelove**
McKool Smith, P.C. - Marshall
104 East Houston St
Suite 300
Marshall, TX 75670
903-923-9000
Fax: 903-923-9099
Email: jtruelove@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Kevin Lee Burgess**
McKool Smith P.C.
104 E. Houston Street
Suite 300
Marshall, TX 75670
903-923-9000
Fax: 903-923-9099
Email: kburgess@mckoolsmith.com

*ATTORNEY TO BE NOTICED*

**Michael William Tezyan**
Irell & Manella, LLP
California
1800 Avenue of the Stars
Ste 900
Los Angeles, CA 90067
310-203-7536
Email: mtezyan@irell.com
*ATTORNEY TO BE NOTICED*

**Philip J Warrick**
Irell & Manella - DC
750 17th Street NW
Ste 850
Washington, DC 20006
202-831-6238
Fax: 310-317-7252
Email: pwarrick@irell.com
*ATTORNEY TO BE NOTICED*

**Rebecca L. Carson**
Irell & Manella - Newport Beach
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660
949.760.0991
Fax: 949.760.5200
Email: rcarson@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen M Payne**
Irell & Manella - Newport Beach
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660
949-760-0991
Fax: 949-760-5200
Email: spayne@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C Werner**
Irell & Manella LLP - Los Angeles
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-203-7956
Fax: 310-282-5798
Email: twerner@irell.com
*ATTORNEY TO BE NOTICED*

**Vivek V. Krishnan**
Winston & Strawn LLP - Chicago
35 West Wacker Drive
Suite 4200
Chicago, IL 60601
312-558-9508
Fax: 312-558-5700
Email: vkrishnan@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yanan Zhao**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Anegles
Los Angeles, CA 90067
310-277-7065
Email: yanan.zhao@kirkland.com
*TERMINATED: 12/03/2024*

**Samuel Franklin Baxter**
McKool Smith, P.C. - Marshall
104 East Houston St
Suite 300
Marshall, TX 75670
903/923-9000
Fax: 903-923-9099
Email: sbaxter@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MICRON TECHNOLOGY TEXAS, LLC**     represented by     **Natalie Lynn Arbaugh**
Winston & Strawn/Chicago
2121 N. Pearl Street
Suite 900
Dallas, TX 75201
214-453-6421
Email: narbaugh@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo A Badini**
Winston & Strawn LLP - New York
200 Park Ave
Floor 43
New York, NY 10166-4193
212.294.4601
Fax: 212.294.4700
Email: abadini@winston.com
*ATTORNEY TO BE NOTICED*

**Andrea Leigh Fair**
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Email: andrea@millerfairhenry.com
*TERMINATED: 09/18/2024*

**Brian Joseph Nisbet**
Winston & Strawn LLP - Chicago
35 West Wacker Drive
Suite 4200
Chicago, IL 60601
312.558.5600
Fax: 312.558.5700
Email: bnisbet@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Everingham , IV**
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Email: chad@millerfairhenry.com
*TERMINATED: 09/18/2024*

**David P Enzminger**
Winston & Strawn LLP- L.A.
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071-1543
213-615-1780
Fax: 213-615-1750
Email: denzminger@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: wh@jwhpc.com
*TERMINATED: 09/18/2024*

**Jared B Bobrow**
Orrick Herrington & Sutcliffe - Menlo Park
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
Fax: 650-614-7401

Email: jbobrow@orrick.com
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
Haltom & Doan
2900 St. Michael Dr.
Suite 500
Texarkana, TX 75503
903-255-1000
Fax: 903-255-0800
Email: jdoan@haltomdoan.com
*TERMINATED: 03/08/2024*

**Joshua Reed Thane**
Haltom & Doan
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, Tx 75503
903-255-1000
Fax: 903-255-0800
Email: jthane@haltomdoan.com
*TERMINATED: 03/08/2024*

**Juan C Yaquian**
Winston & Strawn LLP
800 Capitol St.
Suite 2400
Houston, TX 77001
713-651-2645
Fax: 713-651-2700
Email: jyaquian@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mariah Leigh Hornok**
Haltom & Doan
2900 St. Michael Dr.
Suite 500
Texarkana, TX 75503
903-255-1000
Email: mhornok@haltomdoan.com
*TERMINATED: 03/08/2024*

**Matthew Hopkins**
Winston & Strawn LLP - DC
1901 L Street, N.W.Washington
Washington, DC 20036-3506
202-282-5000
Fax: 202-282-5100
Email: MHopkins@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R McCullough**

Winston & Strawn LLP - Redwood City
255 Shoreline Drive
Ste 520
Redwood City, CA 94065
650.858.6453
Fax: 650.858.6550
Email: mrmccullough@winston.com
*ATTORNEY TO BE NOTICED*

**Maureen L. Rurka**
Winston & Strawn/Chicago
35 West Wacker Drive
Chicago, IL 60601
312-558-7936
Email: mrurka@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Robert Rueckheim**
Winston & Strawn LLP - Redwood City
255 Shoreline Drive
Ste 520
Redwood City, CA 94065
650-858-6443
Fax: 6508586550
Email: MRueckheim@winston.com
*ATTORNEY TO BE NOTICED*

**Rex Andrew Mann**
Winston & Strawn/Chicago
2121 N. Pearl Street
Suite 900
Dallas, TX 75201
214-453-6412
Fax: 214-453-6400
Email: rmann@winston.com
*ATTORNEY TO BE NOTICED*

**Ryuk Park**
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065-1432
650-858-6440
Fax: 650-858-6550
Email: rpark@winston.com
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
Winston & Strawn LLP - Dallas
2121 N Pearl Street
Suite 900
Dallas, TX 75201
214/453-6500
Fax: 214/453-6400

Email: tmelsheimer@winston.com
*ATTORNEY TO BE NOTICED*

**Tracea Lachelle Rice**
Winston & Strawn/Chicago
2121 North Pearl Street
Ste 900
Dallas, TX 75201
214-453-6404
Email: trice@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vivek V. Krishnan**
(See above for address)
*TERMINATED: 01/12/2024*
*PRO HAC VICE*

**William Mitchell Logan**
Winston & Strawn LLP - Houston
800 Capitol St.
24th Floor
Houston, TX 77002
713-651-2766
Email: wlogan@winston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micron Semiconductor Products Inc**          represented by   **Natalie Lynn Arbaugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo A Badini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrea Leigh Fair**
(See above for address)
*TERMINATED: 09/18/2024*

**Brian Joseph Nisbet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Everingham , IV**
(See above for address)
*TERMINATED: 09/18/2024*

**David P Enzminger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
(See above for address)
*TERMINATED: 09/18/2024*

**Jared B Bobrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
(See above for address)
*TERMINATED: 03/08/2024*

**Joshua Reed Thane**
(See above for address)
*TERMINATED: 03/08/2024*

**Juan C Yaquian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mariah Leigh Hornok**
(See above for address)
*TERMINATED: 03/08/2024*

**Matthew Hopkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R McCullough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maureen L. Rurka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Robert Rueckheim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rex Andrew Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryuk Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Tracea Lachelle Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vivek V. Krishnan**
(See above for address)
*TERMINATED: 01/12/2024*
*PRO HAC VICE*

**William Mitchell Logan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micron Technology Inc**                represented by    **Natalie Lynn Arbaugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo A Badini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrea Leigh Fair**
(See above for address)
*TERMINATED: 09/18/2024*

**Brian Joseph Nisbet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Everingham , IV**
(See above for address)
*TERMINATED: 09/18/2024*

**David P Enzminger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
(See above for address)
*TERMINATED: 09/18/2024*

**Jared B Bobrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
(See above for address)

*TERMINATED: 03/08/2024*

**Joshua Reed Thane**
(See above for address)
*TERMINATED: 03/08/2024*

**Juan C Yaquian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mariah Leigh Hornok**
(See above for address)
*TERMINATED: 03/08/2024*

**Matthew Hopkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R McCullough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maureen L. Rurka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Robert Rueckheim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rex Andrew Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryuk Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracea Lachelle Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vivek V. Krishnan**
(See above for address)
*TERMINATED: 01/12/2024*
*PRO HAC VICE*

**William Mitchell Logan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2022 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ATXEDC-9047735.), filed by Netlist, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Baxter, Samuel) (Entered: 08/01/2022) |
| 08/02/2022 | | Case Assigned to District Judge Rodney Gilstrap. (nkl, ) (Entered: 08/02/2022) |
| 08/02/2022 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 08/02/2022) |
| 08/02/2022 | 2 | NOTICE of Attorney Appearance by Jennifer Leigh Truelove on behalf of Netlist, Inc. (Truelove, Jennifer) (Entered: 08/02/2022) |
| 08/02/2022 | 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Baxter, Samuel) (Entered: 08/02/2022) |
| 08/02/2022 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Netlist, Inc. (Baxter, Samuel) (Entered: 08/02/2022) |
| 08/02/2022 | 5 | SUMMONS Issued as to MICRON TECHNOLOGY TEXAS, LLC through its agent for service The Corporation Service Company,, Micron Semiconductor Products Inc. by and through its agent for service The Corporation Service Company, Micron Technology Inc., by and through its agent for service The Corporation Service Company (Attachments: # 1 Summons(es) Micron Technology Texas LL, # 2 Summons(es) Micron Technology, Inc.)(nkl, ) (Entered: 08/02/2022) |
| 08/03/2022 | 6 | NOTICE of Attorney Appearance - Pro Hac Vice by Jason G Sheasby on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9051055. (Sheasby, Jason) (Entered: 08/03/2022) |
| 08/05/2022 | 7 | NOTICE of Attorney Appearance - Pro Hac Vice by Hong Annita Zhong on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9056600. (Zhong, Hong) (Entered: 08/05/2022) |
| 08/08/2022 | 8 | SUMMONS Returned Executed by Netlist, Inc.. Micron Semiconductor Products Inc served on 8/3/2022, answer due 8/24/2022. (Baxter, Samuel) (Entered: 08/08/2022) |
| 08/08/2022 | 9 | SUMMONS Returned Executed by Netlist, Inc.. Micron Technology Inc served on 8/3/2022, answer due 8/24/2022. (Baxter, Samuel) (Entered: |

| | | |
|---|---|---|
| | | 08/08/2022) |
| 08/08/2022 | 10 | SUMMONS Returned Executed by Netlist, Inc.. MICRON TECHNOLOGY TEXAS, LLC served on 8/3/2022, answer due 8/24/2022. (Baxter, Samuel) (Entered: 08/08/2022) |
| 08/15/2022 | 11 | AMENDED COMPLAINT against All Defendants, filed by Netlist, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Sheasby, Jason) (Entered: 08/15/2022) |
| 08/18/2022 | 12 | SUMMONS Returned Executed by Netlist, Inc.. Micron Semiconductor Products Inc served on 8/17/2022, answer due 9/7/2022. (Baxter, Samuel) (Entered: 08/18/2022) |
| 08/18/2022 | 13 | SUMMONS Returned Executed by Netlist, Inc.. Micron Technology Inc served on 8/17/2022, answer due 9/7/2022. (Baxter, Samuel) (Entered: 08/18/2022) |
| 08/18/2022 | 14 | SUMMONS Returned Executed by Netlist, Inc.. MICRON TECHNOLOGY TEXAS, LLC served on 8/17/2022, answer due 9/7/2022. (Baxter, Samuel) (Entered: 08/18/2022) |
| 09/07/2022 | 15 | ANSWER to 11 Amended Complaint, by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc.(Arbaugh, Natalie) (Entered: 09/07/2022) |
| 09/07/2022 | 16 | CORPORATE DISCLOSURE STATEMENT filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Arbaugh, Natalie) (Entered: 09/07/2022) |
| 09/08/2022 | 17 | NOTICE of Attorney Appearance - Pro Hac Vice by Thomas C Werner on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9116203. (Werner, Thomas) (Entered: 09/08/2022) |
| 09/08/2022 | 18 | NOTICE of Attorney Appearance - Pro Hac Vice by Yanan Zhao on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9116308. (Zhao, Yanan) (Entered: 09/08/2022) |
| 09/08/2022 | 19 | NOTICE of Attorney Appearance - Pro Hac Vice by Michael William Tezyan on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9117824. (Tezyan, Michael) (Entered: 09/08/2022) |
| 09/08/2022 | 20 | NOTICE of Readiness for Scheduling Conference by Netlist, Inc. (Baxter, Samuel) (Entered: 09/08/2022) |
| 09/12/2022 | 21 | ****WITHDRAWN PER #29***Opposed MOTION to Stay by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Rueckheim, Michael) Modified on 10/13/2022 (ch, ). (Entered: 09/12/2022) |
| 09/23/2022 | 22 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Hill, Jack Wesley) (Entered: 09/23/2022) |
| 09/23/2022 | 23 | NOTICE of Attorney Appearance by Andrea Leigh Fair on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Fair, Andrea) (Entered: 09/23/2022) |

| 09/23/2022 | | 24 | NOTICE of Attorney Appearance by Charles Everingham, IV on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Everingham, Charles) (Entered: 09/23/2022) |
|---|---|---|---|
| 09/26/2022 | | 25 | Unopposed MOTION for Extension of Time to File Response/Reply by Netlist, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 09/26/2022) |
| 09/28/2022 | | 26 | ORDER granting 25 Unopposed MOTION for Extension of Time to File Response/Reply . Signed by District Judge Rodney Gilstrap on 9/28/2022. (nkl, ) (Entered: 09/28/2022) |
| 09/30/2022 | | 27 | RESPONSE to Motion re 21 Opposed MOTION to Stay *filed by Netlist, Inc.*. (Attachments: # 1 Declaration of Jason Sheasby in support of Netlist, Inc.'s Opposition, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Text of Proposed Order)(Sheasby, Jason) (Entered: 09/30/2022) |
| 10/12/2022 | | 28 | Unopposed MOTION to Withdraw 21 Opposed MOTION to Stay by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 10/12/2022) |
| 10/13/2022 | | 29 | ORDER granting 28 Motion to Withdraw 21 Opposed MOTION to Stay. Signed by District Judge Rodney Gilstrap on 10/13/2022. (ch, ) (Entered: 10/13/2022) |
| 10/21/2022 | | 30 | CONSOLIDATION ORDER - The above-captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues with the LEAD CASE, Case No. 2:22-cv-00293. All parties are instructed to file any future filings in the LEAD CASE. Signed by District Judge Rodney Gilstrap on 10/21/2022. (ch, ) (Entered: 10/24/2022) |
| 08/11/2023 | 🔒 | 31 | Sealed Document. Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint and Counterclaims (Rueckheim, Michael) (Entered: 08/11/2023) |
| 08/18/2023 | | 32 | REDACTION to 31 Sealed Document *Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint and Counterclaims* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Rueckheim, Michael) (Entered: 08/18/2023) |
| 08/28/2023 | | 33 | ORDER APPOINTING TECHNICAL ADVISOR. Michael D. Paul added as TECHNICAL ADVISOR. Signed by District Judge Rodney Gilstrap on 08/28/2023. (klc, ) (Entered: 08/28/2023) |
| 08/29/2023 | | 34 | NOTICE of Attorney Appearance by Kevin Lee Burgess on behalf of Netlist, Inc. (Burgess, Kevin) (Entered: 08/29/2023) |
| 01/12/2024 | 🔒 | | (Court only) ***Staff notes Per order in lead case 2:22-cv-293 Attorney Vivek K. Krishnan is withdrawn (ch, ) (Entered: 01/12/2024) |
| 01/18/2024 | 🔒 | 35 | Sealed Document. (Folsom, David) (Entered: 01/18/2024) |
| 02/28/2024 | | 36 | ORDER DECONSOLIDATING CASES - Accordingly, it is ORDERED that the District Clerk DECONSOLIDATE the Micron case, Case No. 2:22-cv-294, from the Samsung case, Case No. 2:22-cv-293 It is further ORDERED that the Micron case, Case No. 2:22-cv-294, is specially set for trial on April 22, 2024, |

| | | |
|---|---|---|
| | | and the pretrial conference for the same is set for 9:00 a.m. CST on March 6, 2024. It is further ORDERED that the pretrial conference and trial dates for the Samsung case, Case No. 2:22-cv-293, are cancelled to be reset at a later date. Signed by District Judge Rodney Gilstrap on 2/28/2024. Associated Cases: 2:22-cv-00293-JRG, 2:22-cv-00294-JRG(ch, ) (Entered: 02/28/2024) |
| 02/28/2024 | 🔒 | (Court only) ***Set/Reset Deadlines/Hearings: Jury Selection set for 4/22/2024 at 09:00AM before District Judge Rodney Gilstrap. Jury Trial set for 4/22/2024 at 09:00 AM before District Judge Rodney Gilstrap. Pretrial Conference set for 3/6/2024 at 09:00 AM before District Judge Rodney Gilstrap. (ch, ) (Entered: 02/28/2024) |
| 02/28/2024 | 37 | ORDER - The Court ORDERS sua sponte that the parties respective responses to theMotions, if any, must be filed no later than Friday, March 1, 2024. Signed by District Judge Rodney Gilstrap on 2/27/2024. (nkl, ) (Entered: 02/28/2024) |
| 02/28/2024 | | Jury Selection set for 4/22/2024 at 09:00AM before District Judge Rodney Gilstrap. Pretrial Conference set for 3/6/2024 at 09:00 AM before District Judge Rodney Gilstrap. (klc, ) (Entered: 02/28/2024) |
| 02/29/2024 | 🔒 38 | OPPOSED SEALED MOTION *Micron Defendants' Motion for Leave to Supplement Dispositive Motions and Motions to Strike Based on Deposition Testimony Obtained After Briefing Closed* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit A, # 8 Exhibit B, # 9 Proposed Order)(Rueckheim, Michael) (Entered: 02/29/2024) |
| 03/01/2024 | 39 | ORDER - The Court ORDERS sua sponte that Netlists response to the Motion, if any,must be filed no later than 4:00 p.m. CST on Monday, March 4, 2024.. Signed by District Judge Rodney Gilstrap on 3/1/2024. (nkl, ) (Entered: 03/01/2024) |
| 03/01/2024 | 🔒 40 | SEALED MOTION *Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order)(Rueckheim, Michael) (Entered: 03/01/2024) |
| 03/01/2024 | 🔒 41 | Sealed Document. Micron Defendants' Response in Opposition to Plaintiff's Motion for Leave to Supplement Expert Reports (Dkt. 608) (Attachments: # 1 Declaration of Michael R. Rueckheim, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order) (Rueckheim, Michael) (Entered: 03/01/2024) |
| 03/01/2024 | 🔒 42 | Sealed Document Netlist Inc.'s Opposition to Micron's Motion to Compel Production of Expert Deposition Transcript from Lead Case (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Sheasby, Jason) (Entered: 03/01/2024) |
| 03/01/2024 | 43 | RESPONSE to *Plaintiff Netlist's Motion for Consolidation (Dkt. 607) filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc*. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Rueckheim, Michael) (Entered: 03/01/2024) |

| 03/02/2024 | | 44 | ORDER - The Court ORDERS sua sponte that Netlist's response to the Motion (Dkt. No. 40), if any, must be filed no later than 5:00 p.m. CST on Monday, March 4, 2024.. Signed by District Judge Rodney Gilstrap on 3/2/2024. (nkl, ) (Entered: 03/02/2024) (Entered: 03/02/2024) |
|---|---|---|---|
| 03/02/2024 | | 45 | ORDER re 40 SEALED MOTION *Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report. ORDERS sua sponte that Netlists response to the Motion, if any, must be filed no later than 5:00 p.m. CST on Monday, March 4, 2024.* Signed by District Judge Rodney Gilstrap on 3/2/2024. (ch, ) (Entered: 03/04/2024) |
| 03/04/2024 | | 46 | NOTICE of Attorney Appearance - Pro Hac Vice by Stephen M Payne on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10010976. (Payne, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | | 47 | RESPONSE to Motion re 38 OPPOSED SEALED MOTION *Micron Defendants' Motion for Leave to Supplement Dispositive Motions and Motions to Strike Based on Deposition Testimony Obtained After Briefing Closed filed by Netlist, Inc..* (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Sheasby, Jason) (Entered: 03/04/2024) |
| 03/04/2024 | | 48 | ORDER REGARDING EXHIBITS. Signed by District Judge Rodney Gilstrap on 3/4/2024. (ch, ) (Entered: 03/04/2024) |
| 03/04/2024 | | 49 | NOTICE of Attorney Appearance - Pro Hac Vice by Anthony Q Rowles on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10011435. (Rowles, Anthony) (Entered: 03/04/2024) |
| 03/04/2024 | 🔒🔒 | 50 | *SEALED* SEALED ORDER - MEMORANDUM OPINION AND ORDER. Signed by District Judge Rodney Gilstrap on 3/4/2024. (ch, ) (Entered: 03/04/2024) |
| 03/04/2024 | 🔒 | 51 | Sealed Netlist Inc.s Reply in Support of Netlists Motion for Leave to Supplement Expert Reports [Dkt. 608] (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17)(Sheasby, Jason) (Entered: 03/04/2024) |
| 03/04/2024 | 🔒 | 52 | SEALED RESPONSE to 40 SEALED MOTION *Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report*, filed by Netlist, Inc. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order) (Sheasby, Jason) (Entered: 03/04/2024) |
| 03/04/2024 | 🔒 | 53 | Sealed Document. Micron Defendants' Response to Plaintiff Netlist's Motions in Limine (Dkt. 610) (Attachments: # 1 Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Proposed Order)(Rueckheim, Michael) (Entered: 03/04/2024) |
| 03/04/2024 | 🔒 | 55 | Sealed Document. PLAINTIFF NETLIST INC.S OPPOSITION TO MICRONS OMNIBUS MOTION IN LIMINE (Dkt. 613) (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Errata 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, |

| | | | |
|---|---|---|---|
| | | | # 20 Exhibit 19, # 21 Exhibit 20, # 22 Proposed Order)(Sheasby, Jason) (Entered: 03/05/2024) |
| 03/05/2024 | | 54 | JOINT NOTICE *of Pending Motions Between Netlist and Micron* by Netlist, Inc. (Sheasby, Jason) (Entered: 03/05/2024) |
| 03/05/2024 | 🔒 | 56 | Sealed Document - Joint Pretrial Order (Attachments: # 1 Exhibit A - Netlist's Trial Witness List, # 2 Exhibit B - Micron's Objections to Netlist's Witness List, # 3 Exhibit C - Netlist's Deposition Designations, Micron's Objections and Counters, # 4 Exhibit D - Micron's Trial Witness List, # 5 Exhibit E - Netlist's Objections to Micron's Witness List, # 6 Exhibit F - Micron's Deposition Designations, Netlist's Objections and Counters, # 7 Exhibit G - Joint Exhibit List, # 8 Exhibit H - Netlist's Party Exhibit List, # 9 Exhibit I - Micron's Party Exhibit List, # 10 Exhibit J - Joint Proposed Jury Instructions, # 11 Exhibit K - Joint Proposed Verdict Form)(Sheasby, Jason) (Entered: 03/05/2024) |
| 03/05/2024 | | | Clerk's LR CV-10(d) Notice of Deficiency as to 56 Sealed Document,,, - LR CV-5(a)(7) or CR-49(a) requires this document to include a statement after the certificate of service that certifies that a motion to seal has been filed or authorization to seal has been obtained. Recommended cure: Within one day, Filer must refile with the word *Corrected* in the title of the document. The filer should use the same ECF event and when offered the docket text enhancement dropdown, select <u>CORRECTED</u> so it will also appear in the docket text. (nkl, ) (Entered: 03/05/2024) |
| 03/05/2024 | 🔒 | 57 | Sealed Document - Corrected Joint Pretrial Order (Attachments: # 1 Exhibit A - Netlist's Trial Witness List, # 2 Exhibit B - Micron's Objections to Netlist's Witness List, # 3 Exhibit C - Netlist's Deposition Designations, Micron's Objections and Counters, # 4 Exhibit D - Micron's Trial Witness List, # 5 Exhibit E - Netlist's Objections to Micron's Witness List, # 6 Exhibit F - Micron's Deposition Designations, Netlist's Objections and Counters, # 7 Exhibit G - Joint Exhibit List, # 8 Exhibit H - Netlist's Party Exhibit List, # 9 Exhibit I - Micron's Party Exhibit List, # 10 Exhibit J - Joint Proposed Jury Instructions, # 11 Exhibit K - Joint Proposed Verdict Form)(Sheasby, Jason) (Entered: 03/05/2024) |
| 03/05/2024 | | 58 | NOTICE of Attorney Appearance - Pro Hac Vice by Tracea Lachelle Rice on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. Filing fee $ 100, receipt number ATXEDC-10014633. (Rice, Tracea) (Entered: 03/05/2024) |
| 03/05/2024 | | 59 | ORDER denying 38 Sealed Motion. Signed by District Judge Rodney Gilstrap on 3/5/2024. (Entered: 03/05/2024) |
| 03/06/2024 | | 60 | UNOPPOSED MOTION to Withdraw as Attorney *Haltom & Doan Attorneys* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Doan, Jennifer) (Entered: 03/06/2024) |
| 03/06/2024 | | 65 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Final Pretrial Conference Day 1 held on 3/6/2024 from 09:03 AM to 04:30 PM. (No exhibits)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 03/08/2024) |
| 03/06/2024 | 🔒 | | (Court only) Pretrial Conference Day 1 held 3/6/2024. (aeb) (Entered: 03/08/2024) |

| 03/07/2024 | 61 | PAPER TRANSCRIPT REQUEST by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc for proceedings held on 03/06/2024 to 03/07/2024 before Judge Rodney Gilstrap. (Rueckheim, Michael) Modified on 3/7/2024 (klc, ). Forwarded to Shawn McRoberts on 3/7/2024 (Entered: 03/07/2024) |
|---|---|---|
| 03/07/2024 | 62 | PAPER TRANSCRIPT REQUEST by Netlist, Inc. for proceedings held on Final Pretrial Conference 3/6 - 3/7/2024 before Judge Rodney Gilstrap. (Truelove, Jennifer) Modified on 3/7/2024 (klc, ). Forwarded to Shawn McRoberts on 3/7/2024 (Entered: 03/07/2024) |
| 03/07/2024 | 63 | PAPER TRANSCRIPT REQUEST by Netlist, Inc. for proceedings held on 3/6/2024-3/7/2024 Pre-Trial Conference Hearing before Judge Rodney Gilstrap. (Zhao, Yanan) Modified on 3/7/2024 (klc, ). Forwarded to Shawn McRoberts on 3/7/2024 (Entered: 03/07/2024) |
| 03/07/2024 | 66 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Final Pretrial Conference Day 2 held on 3/7/2024 from 09:03 AM to 02:32 PM. (No exhibits)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 03/08/2024) |
| 03/08/2024 | 64 | ORDER granting 60 Motion to Withdraw as Attorney. Attorney Joshua Reed Thane; Jennifer Haltom Doan and Mariah Leigh Hornok terminated. Signed by District Judge Rodney Gilstrap on 3/8/2024. (nkl, ) (Entered: 03/08/2024) |
| 03/11/2024 | 67 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference (Volume 1) Proceedings held on 03/06/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 4/1/2024. Release of Transcript Restriction set for 6/10/2024. (smm) (Entered: 03/11/2024) |
| 03/11/2024 | 68 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference (Volume 2) Proceedings held on 03/07/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** |

| | | | |
|---|---|---|---|
| | | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 4/1/2024. Release of Transcript Restriction set for 6/10/2024. (smm) (Entered: 03/11/2024) |
| 03/11/2024 | | 69 | JOINT NOTICE *of Redactions of the Court's Sealed Memorandum Opinion and Order (Dkt. 50)* by Netlist, Inc. (Attachments: # 1 Exhibit A)(Sheasby, Jason) (Entered: 03/11/2024) |
| 03/11/2024 | | 70 | REDACTION to 40 SEALED MOTION *Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order)(Rueckheim, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | 71 | REDACTION to 41 Sealed Document, *Micron Defendants' Response in Opposition to Plaintiff's Motion for Leave to Supplement Expert Reports (Dkt. 608)* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Rueckheim, Michael) (Entered: 03/11/2024) |
| 03/12/2024 | | 72 | ORDER re Renewed Motion to Stay Pending IPR. Signed by District Judge Rodney Gilstrap on 3/11/2024. (nkl, ) (Entered: 03/12/2024) |
| 03/12/2024 | | | NOTICE of Hearing: Jury Selection originally scheduled for 4/22/2024 has been RESET for 4/29/2024 at 09:00 AM followed by Trial Day 1 in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 03/12/2024) |
| 03/14/2024 | | 73 | ORDER ON PRETRIAL MOTIONS, MOTIONS IN LIMINE, AND EXHIBITS. Signed by District Judge Rodney Gilstrap on 3/14/2024. (nkl, ) (Entered: 03/14/2024) |
| 03/14/2024 | | 74 | ORDER to Pay Special Master. Signed by District Judge Rodney Gilstrap on 3/14/2024. (nkl, ) (Entered: 03/14/2024) |
| 03/14/2024 | | 75 | REDACTION to 55 Sealed Document,, by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 2, # 3 Exhibit 10, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Proposed Order) (Sheasby, Jason) (Entered: 03/14/2024) |
| 03/25/2024 | 🔒 | 76 | Sealed Defendants Notice of Submission of Updated Party Exhibit List (Attachments: # 1 Exhibit A)(Rueckheim, Michael) (Entered: 03/25/2024) |
| 03/25/2024 | 🔒 | 77 | Sealed Plaintiff Netlist, Inc.'s Notice of Submission of Updated Party Exhibit List (Attachments: # 1 Exhibit A)(Sheasby, Jason) (Entered: 03/25/2024) |
| 03/29/2024 | | 78 | NOTICE *of Disclosure of Prior Art* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Rueckheim, Michael) (Entered: 03/29/2024) |
| 03/29/2024 | 🔒 | 79 | OPPOSED SEALED MOTION *for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde* by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 03/29/2024) |

| 03/29/2024 | 🔒 | 80 | OPPOSED SEALED MOTION *to Strike Portions of Second Supplemental Expert Report of Matthew Lynde* by Netlist, Inc.. (Attachments: # 1 Declaration of Rebecca Carson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Sheasby, Jason) (Entered: 03/29/2024) |
| 04/04/2024 | | 81 | NOTICE *of Submission of Updated List of Trial Witnesses* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc re 76 Sealed Document (Attachments: # 1 Exhibit A - Micron's List of Trial Witnesses)(Rueckheim, Michael) (Entered: 04/04/2024) |
| 04/05/2024 | 🔒 | 82 | SEALED RESPONSE to Motion re 79 OPPOSED SEALED MOTION *for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde* filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Declaration - Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Rueckheim, Michael) (Entered: 04/05/2024) |
| 04/05/2024 | 🔒 | 83 | UNOPPOSED SEALED MOTION *Requesting Admission of PX-032 (MICNL203-00163346)* by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 PX-032, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Proposed Order)(Sheasby, Jason) (Entered: 04/05/2024) |
| 04/08/2024 | | | NOTICE of Hearing: Jury Selection originally set for Monday, April 29, 2024 has been RESET for FRIDAY 4/26/2024 at 09:00 AM followed by Trial Day 1 in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 04/08/2024) |
| 04/08/2024 | | | Set/Reset Hearings: Jury Selection and Trial Day 1 previously set for 4/26/2024 has been RESET to its original date of 4/29/2024 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 04/08/2024) |
| 04/11/2024 | | 84 | REDACTION to 83 UNOPPOSED SEALED MOTION *Requesting Admission of PX-032 (MICNL203-00163346)* by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 7, # 3 Proposed Order)(Sheasby, Jason) (Entered: 04/11/2024) |
| 04/12/2024 | 🔒 | 85 | OPPOSED SEALED MOTION *to Strike Micron's Updated Trial Witness List (Dkt. 81-1)* by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order)(Sheasby, Jason) (Entered: 04/12/2024) |
| 04/12/2024 | | 86 | OPPOSED MOTION to Expedite *Briefing on Netlist's Motion to Strike Micron's Updated Witness List (Dkt. 85)* by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 04/12/2024) |
| 04/12/2024 | 🔒 | 87 | SEALED REPLY to Response to Motion re 79 OPPOSED SEALED MOTION *for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde*, 80 OPPOSED SEALED MOTION *to Strike Portions of Second Supplemental Expert Report of Matthew Lynde* filed by Netlist, Inc.. (Attachments: # 1 Declaration of Rebecca Carson, # 2 Exhibit F) (Sheasby, Jason) (Entered: 04/12/2024) |
| 04/12/2024 | | 88 | RESPONSE to Motion re 86 OPPOSED MOTION to Expedite *Briefing on Netlist's Motion to Strike Micron's Updated Witness List (Dkt. 85)* filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, |

| | | | |
|---|---|---|---|
| | | | *Micron Technology Inc.* (Attachments: # 1 Proposed Order)(Hill, Jack Wesley) (Entered: 04/12/2024) |
| 04/12/2024 | | 89 | REDACTION to 82 Sealed Response to Motion, *for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Rueckheim, Michael) (Entered: 04/12/2024) |
| 04/15/2024 | | 90 | RESPONSE to Motion re 85 OPPOSED SEALED MOTION *to Strike Micron's Updated Trial Witness List (Dkt. 81-1) filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc.* (Attachments: # 1 Exhibit A - Netlist Trial Witness List, # 2 Proposed Order)(Hill, Jack Wesley) (Entered: 04/15/2024) |
| 04/17/2024 | | 91 | ORDER granting 86 Motion to Expedite Briefing on Netlist's Motion to Strike Micron's Updated Witness List (Dkt. 85). Signed by District Judge Rodney Gilstrap on 4/17/2024. (NKL) (Entered: 04/17/2024) |
| 04/17/2024 | | 92 | NOTICE *of Determination Invalidating Patent-In-Suit* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit A)(Rueckheim, Michael) (Entered: 04/17/2024) |
| 04/17/2024 | 🔒 | 93 | OPPOSED SEALED MOTION *Micron's Motion to Stay or, Alternatively, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order)(Rueckheim, Michael) (Entered: 04/17/2024) |
| 04/18/2024 | | 94 | UNOPPOSED MOTION re 93 OPPOSED SEALED MOTION *Micron's Motion to Stay or, Alternatively, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity - UNOPPOSED MOTION to Shorten Response Time* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Hill, Jack Wesley) (Entered: 04/18/2024) |
| 04/18/2024 | | 95 | ORDER granting 83 Sealed Motion Requesting Admission of PX-032 (MICNL203-00163346). Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) |
| 04/18/2024 | | 96 | ORDER granting 85 Sealed Motion to Strike Micron's Updated Trial Witness List (Dkt. 81-1). Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) |
| 04/18/2024 | | 97 | MEMORANDUM OPINION AND ORDER re 80 OPPOSED SEALED MOTION *to Strike Portions of Second Supplemental Expert Report of Matthew Lynde* filed by Netlist, Inc., 79 OPPOSED SEALED MOTION *for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde* filed by Netlist, Inc... Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) |
| 04/18/2024 | | 98 | ORDER granting 94 Motion to Shorten Response Time. Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) |

| | | | |
|---|---|---|---|
| 04/19/2024 | | 99 | REDACTION to 85 OPPOSED SEALED MOTION *to Strike Micron's Updated Trial Witness List (Dkt. 81-1)* by Netlist, Inc.. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order)(Sheasby, Jason) (Entered: 04/19/2024) |
| 04/19/2024 | | 100 | NOTICE *OF NARROWING CLAIMS FOR PURPOSES OF TRIAL* by Netlist, Inc. (Sheasby, Jason) (Entered: 04/19/2024) |
| 04/19/2024 | 🔒 | 101 | OPPOSED SEALED MOTION *for Continuance* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Rueckheim, Michael) (Entered: 04/19/2024) |
| 04/22/2024 | | 102 | ORDER re 101 OPPOSED SEALED MOTION *for Continuance. Court ORDERS sua sponte that Netlists response to the Motion, if any, must be filed no later than 5:00 p.m. CST on Tuesday, April 23, 2024. Signed by District Judge Rodney Gilstrap on 4/22/2024. (CH)* (Entered: 04/22/2024) |
| 04/22/2024 | 🔒 | 103 | SEALED RESPONSE to 93 OPPOSED SEALED MOTION *Micron's Motion to Stay or, Alternatively, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity*, filed by Netlist, Inc. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order) (Sheasby, Jason) (Entered: 04/22/2024) |
| 04/22/2024 | 🔒 | 104 | SEALED RESPONSE to Motion re 101 OPPOSED SEALED MOTION *for Continuance* filed by Netlist, Inc.. (Attachments: # 1 Proposed Order) (Sheasby, Jason) (Entered: 04/22/2024) |
| 04/22/2024 | 🔒 | 105 | Sealed Plaintiff Netlist, Inc.'s Notice of Submission of Updated Party and Joint Exhibit Lists. (Attachments: # 1 Exhibit A Netlist's Updated Trial Exhibit List, # 2 Exhibit B Updated Joint Exhibit List)(Sheasby, Jason) (Entered: 04/22/2024) |
| 04/22/2024 | | 106 | NOTICE *Defendants' Notice of Final Election of Invalidity Theories, Prior Art References/Combinations, and Equitable Defenses* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Rueckheim, Michael) (Entered: 04/22/2024) |
| 04/22/2024 | 🔒 | 107 | Sealed Document. NOTICE OF ADDITIONAL FACTS REGARDING DEFENDANTS OPPOSED MOTION FOR CONTINUANCE (ECF No. 101) (Attachments: # 1 Exhibit B - Rueckheim Declaration)(Hill, Jack Wesley) (Entered: 04/22/2024) |
| 04/23/2024 | 🔒 | 108 | Sealed Document - Plaintiff's Response to Micron Defendants' Notice of Additional Facts Regarding Defendants' Opposed Motion for Continuance (Dkt. 107) (Sheasby, Jason) (Entered: 04/23/2024) |

| 04/23/2024 | | NOTICE of Telephonic Conference set for 4/23/2024 at 01:00 PM before District Judge Rodney Gilstrap. ***The Court's telephone conference number is (571) 353-2301. The Guest ID is 682899130. (1) Participants should use a landline phone connection, unless use of a cellular connection is the only viable means available. (2) Participants shall mute themselves upon joining the conference and stay muted unless speaking. (3) When speaking, do not use the speaker option but speak directly into the phone device. (4) Participants shall identify themselves each and every time they speak. (aeb) (Entered: 04/23/2024) |
| --- | --- | --- |
| 04/23/2024 | [109](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Maureen L. Rurka on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. Filing fee $ 100, receipt number ATXEDC-10100764. (Rurka, Maureen) (Entered: 04/23/2024) |
| 04/23/2024 | | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Telephonic Conference held on 4/23/2024. Court opened and counsel were identified. Discussion held re: Dkt. No. 101 and responsive filings thereto. Court intends to continue case from its April 29, 2024 trial setting to be reset for the week of May 20, 2024. (Court Reporter Shawn McRoberts) (aeb) (Entered: 04/23/2024) |
| 04/24/2024 | [110](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Brian Joseph Nisbet on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. Filing fee $ 100, receipt number ATXEDC-10102857. (Nisbet, Brian) (Entered: 04/24/2024) |
| 04/24/2024 | [111](#) | REDACTION to [93](#) OPPOSED SEALED MOTION *Micron's Motion to Stay or, Alternatively, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # [1](#) Affidavit/Declaration of Michael R. Rueckheim In Support of Motion, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Proposed Order)(Rueckheim, Michael) (Entered: 04/24/2024) |
| 04/24/2024 | [112](#) | ORDER re [93](#) Sealed Motion to Stay or, Alternatively, Sever and Stay the Asserted 912 Patent, in View of Final Written Decision of Invalidity; [101](#) Sealed Motion for Continuance. Signed by District Judge Rodney Gilstrap on 4/24/2024. (NKL) (Entered: 04/24/2024) |
| 04/24/2024 | [113](#) | PAPER TRANSCRIPT REQUEST by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc for proceedings held on 04/23/2024 before Judge Rodney Gilstrap. (Forward to Shawn McRoberts) (Rueckheim, Michael) Modified on 4/25/2024 (NKL). (Entered: 04/24/2024) |
| 04/25/2024 | [114](#) | PAPER TRANSCRIPT REQUEST by Netlist, Inc. for proceedings held on 4/23/2024 before Judge Rodney Gilstrap. (Forward to Shawn McRoberts) (Zhao, Yanan) Modified on 4/25/2024 (NKL). (Entered: 04/25/2024) |
| 04/25/2024 | | Jury Selection set for 5/20/2024 at 09:00AM before District Judge Rodney Gilstrap. (KLC) (Entered: 04/25/2024) |
| 04/25/2024 | 🔒 [115](#) | Sealed Telephonic Status Conference (04-23-2024) Transcript. (SMM) (Entered: 04/25/2024) |
| 04/26/2024 | 🔒 | (Court only) ***Party David Folsom added. (CH) (Entered: 04/26/2024) |

| | | | |
|---|---|---|---|
| 04/26/2024 | | [116] | ORDER - ORDERS the parties to mediate in this case promptly and at a mutually agreeable place and date, but no later than May 13, 2024. The mediation shall be conducted by the Hon. David Folsom, 6002 Summerfield Drive,Texarkana, Texas 75503, david@folsomadr.com.. Signed by District Judge Rodney Gilstrap on 4/29/2024. (CH) (Entered: 04/26/2024) |
| 05/01/2024 | | [117] | ORDER TO PURCHASE JURY MEALS. Signed by District Judge Rodney Gilstrap on 4/30/2024. (NKL) (Entered: 05/01/2024) |
| 05/02/2024 | | [118] | JOINT MOTION to Temporarily Change Lead Counsel Designation for purposes of mediation by Netlist, Inc.. (Attachments: # [1] Proposed Order) (Truelove, Jennifer) (Entered: 05/02/2024) |
| 05/03/2024 | | [119] | ORDER granting [118] JOINT MOTION to Temporarily Change Lead Counsel Designation for purposes of mediation. Signed by District Judge Rodney Gilstrap on 5/3/2024. (CH) (Entered: 05/03/2024) |
| 05/14/2024 | | [120] | ORDER sua sponte requiring updated Notice of Final Election of Invalidity Theories, Prior Art References/Combinations, and Equitable Defenses. Signed by District Judge Rodney Gilstrap on 05/14/2024. (Entered: 05/14/2024) |
| 05/15/2024 | | [121] | NOTICE of Attorney Appearance - Pro Hac Vice by Andrew Henderson on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10138895. (Henderson, Andrew) (Entered: 05/15/2024) |
| 05/15/2024 | | [122] | NOTICE of Attorney Appearance - Pro Hac Vice by Dovid Z. Kahn on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10139028. (Kahn, Dovid) (Entered: 05/15/2024) |
| 05/16/2024 | | [123] | NOTICE *Defendants' Updated Notice of Final Election of Invalidity Theories, Prior Art References/Combinations, and Equitable Defenses* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc re [120] Order (Rueckheim, Michael) (Entered: 05/16/2024) |
| 05/18/2024 | 🔒 | [124] | UNOPPOSED SEALED MOTION *Requesting Admission of PX-33* by Netlist, Inc.. (Attachments: # [1] Declaration of Jason Sheasby, # [2] Exhibit 1, # [3] Exhibit 2, # [4] Exhibit 3, # [5] Exhibit 4, # [6] Exhibit 5, # [7] JX-14, # [8] PX-27, # [9] PX-33, # [10] Proposed Order)(Sheasby, Jason) (Entered: 05/18/2024) |
| 05/19/2024 | | [125] | ORDER granting [124] Sealed Motion. Signed by District Judge Rodney Gilstrap on 05/19/2024. (KLC) (Entered: 05/19/2024) |
| 05/20/2024 | | [126] | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Selection and Jury Trial Day 1 held on 5/20/2024 from 09:21 AM to 06:21 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) (Attachments: # [1] Attendance Sheet) (aeb) (Entered: 05/21/2024) |
| 05/21/2024 | 🔒 | [127] | SEALED DOCUMENT. NETLIST, INC.'S MEMORANDUM REGARDING EXPECTED SCOTT SMITH TESTIMONY (Attachments: # [1] Exhibit 1, # [2] Exhibit 2, # [3] Exhibit 3, # [4] Exhibit 4, # [5] Exhibit 5, # [6] Exhibit 6)(Sheasby, Jason) (Entered: 05/21/2024) |
| 05/21/2024 | | [128] | OPPOSED MOTION Request for Judicial Notice by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # [1] Affidavit/Declaration of Michael Rueckheim, # [2] Exhibit 1, # [3] Proposed Order)(Rueckheim, Michael) (Entered: 05/21/2024) |

| 05/22/2024 | 🔒 | 129 | Sealed Document. Micron Defendants' Response to Memorandum Regarding DKT 127 (Attachments: # 1 Declaration of Ryuk Park, # 2 Exhibit A) (Rueckheim, Michael) (Entered: 05/22/2024) |
| 05/22/2024 | 🔒 | 130 | SEALED RESPONSE to Motion re 128 OPPOSED MOTION Request for Judicial Notice filed by Netlist, Inc. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Proposed Order)(Sheasby, Jason) (Entered: 05/22/2024) |
| 05/22/2024 | | 131 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 2 held on 5/21/2024 from 08:27 AM to 06:34 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attorney Attendance Sheet) (aeb) Modified on 5/22/2024 (aeb). (Entered: 05/22/2024) |
| 05/22/2024 | | 134 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 3 held on 5/22/2024 from 08:28 AM to 06:35 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 05/23/2024) |
| 05/23/2024 | 🔒 | 132 | Sealed Document - Plaintiff's Notice of Memorandum Regarding PX-023 (Attachments: # 1 PX-23)(Sheasby, Jason) (Entered: 05/23/2024) |
| 05/23/2024 | | 133 | NOTICE *Micron Defendants' Response to Memorandum Regarding PX-23 (Dkt. 132)* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc re 132 Sealed Document (Rueckheim, Michael) (Entered: 05/23/2024) |
| 05/23/2024 | | | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Informal Charge Conference held on 5/23/2024 from 11:42 AM to 12:13 PM. (No exhibits)(Court Reporter Not Recorded) (aeb) (Entered: 05/23/2024) |
| 05/23/2024 | | 135 | JURY VERDICT. (aeb) (Entered: 05/23/2024) |
| 05/23/2024 | 🔒 | 136 | SEALED Jury Verdict. (aeb) (Entered: 05/24/2024) |
| 05/23/2024 | 🔒 | 137 | SEALED Jury Notes. (aeb) (Entered: 05/24/2024) |
| 05/23/2024 | 🔒 | 138 | SEALED Plaintiff's Final Exhibit List for Jury Trial. (aeb) (Entered: 05/24/2024) |
| 05/23/2024 | 🔒 | 139 | SEALED Defendants' Final Exhibit List for Jury Trial. (aeb) (Entered: 05/24/2024) |
| 05/23/2024 | 🔒 | 140 | SEALED Joint Final Exhibit List for Jury Trial. (aeb) (Entered: 05/24/2024) |
| 05/23/2024 | | 141 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial completed on 5/23/2024 from 08:28 AM to 05:19 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 05/24/2024) |
| 05/30/2024 | | 142 | OPPOSED MOTION Requesting Entry of Final Judgment by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 05/30/2024) |
| 06/03/2024 | | 143 | REDACTION to 127 Sealed Document *NETLIST, INC.'S MEMORANDUM REGARDING EXPECTED SCOTT SMITH TESTIMONY* by Netlist, Inc.. (Attachments: # 1 Exhibit 3)(Sheasby, Jason) (Entered: 06/03/2024) |
| 06/03/2024 | | 144 | REDACTION to 130 Sealed Response to Motion, *128 Micron's Request for Judicial Notice, filed* by Netlist, Inc.. (Attachments: # 1 Declaration of Jason |

| | | | |
|---|---|---|---|
| | | | Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 6, # 5 Proposed Order) (Sheasby, Jason) (Entered: 06/03/2024) |
| 06/03/2024 | | 145 | REDACTION to 124 UNOPPOSED SEALED MOTION *Requesting Admission of PX-33* by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Proposed Order)(Sheasby, Jason) (Entered: 06/03/2024) |
| 06/03/2024 | | 146 | REDACTION to 132 Sealed Document by Netlist, Inc.. (Sheasby, Jason) (Entered: 06/03/2024) |
| 06/13/2024 | 🔒 | 147 | SEALED RESPONSE to Motion re 142 OPPOSED MOTION Requesting Entry of Final Judgment filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 06/13/2024) |
| 06/19/2024 | 🔒 | 148 | SEALED REPLY to Response to Motion re 142 OPPOSED MOTION *Requesting Entry of Final Judgment* filed by Netlist, Inc. (Sheasby, Jason) (Entered: 06/19/2024) |
| 06/26/2024 | 🔒 | 149 | SEALED SUR-REPLY to Reply to Response to Motion re 142 OPPOSED MOTION Requesting Entry of Final Judgment filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Rueckheim, Michael) (Entered: 06/26/2024) |
| 07/10/2024 | | 150 | NOTICE of Attorney Appearance by Jared B Bobrow on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Bobrow, Jared) (Entered: 07/10/2024) |
| 07/11/2024 | | 151 | FINAL JUDGMENT (Motion(s) 128 , 142 , 40 terminated). Signed by District Judge Rodney Gilstrap on 7/10/2024. (NKL) (Entered: 07/11/2024) |
| 07/25/2024 | | 152 | JOINT MOTION for Extension of Time to File *Netlist's Bill of Costs* by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 07/25/2024) |
| 07/29/2024 | | 153 | ORDER granting 152 Motion for Extension of Time to File Netlist's Bill of Costs. Signed by District Judge Rodney Gilstrap on 7/29/2024. (NKL) (Entered: 07/29/2024) |
| 07/29/2024 | | 154 | NOTICE *Regarding Agreed Bill of Costs* by Netlist, Inc. (Attachments: # 1 Exhibit A)(Sheasby, Jason) (Entered: 07/29/2024) |
| 08/01/2024 | | 155 | NOTICE *of Determinations Invalidating Patents-in-Suit* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rueckheim, Michael) (Entered: 08/01/2024) |
| 08/07/2024 | 🔒 | 156 | SEALED MOTION *Micron Defendants' Renewed Motion for Judgment as a Matter of Law on Damages* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 08/07/2024) |
| 08/07/2024 | 🔒 | 157 | SEALED MOTION *Defendants' Renewed Motion for Judgment as a Matter of Law of No Willfulness of the Asserted Patents* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Rueckheim, Michael) (Entered: 08/07/2024) |

| 08/07/2024 | 🔒 | [158](#) | SEALED MOTION *Defendants' Rule 59 Motion for A New Trial* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # [1](#) Affidavit/Declaration of Michael Rueckheim, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13, # [15](#) Exhibit 14, # [16](#) Exhibit 15, # [17](#) Exhibit 16, # [18](#) Proposed Order)(Arbaugh, Natalie) (Entered: 08/07/2024) |
|---|---|---|---|
| 08/07/2024 | 🔒 | [159](#) | SEALED MOTION *Defendants' Rule 50(B) Motion for Judgment as a Matter of Law for Non-Infringement* by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9 Part 1, # [10](#) Exhibit 9 Part 2, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13, # [15](#) Proposed Order)(Rueckheim, Michael) (Entered: 08/07/2024) |
| 08/08/2024 | | [160](#) | JOINT MOTION *For Extension Of Deadlines For Briefing Post-Trial Motions* by Netlist, Inc.. (Attachments: # [1](#) Proposed Order)(Sheasby, Jason) (Entered: 08/08/2024) |
| 08/08/2024 | 🔓 | [161](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 1) Proceedings held on 05/20/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) |
| 08/08/2024 | 🔒 | [162](#) | Sealed Trial (Volume 2) Transcript. (SMM) (Main Document 162 replaced on 8/9/2024) (CH). (Entered: 08/08/2024) |
| 08/08/2024 | 🔓 | [163](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 2) Proceedings held on 05/21/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to |

| | | | |
|---|---|---|---|
| | | | Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) |
| 08/08/2024 | 🔒 | 164 | Sealed Trial (Volume 3) Transcript. (SMM) (Entered: 08/08/2024) |
| 08/08/2024 | 🔓 | 165 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 3) Proceedings held on 05/22/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) |
| 08/08/2024 | 🔓 | 166 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 4) Proceedings held on 05/23/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) |
| 08/09/2024 | | 167 | ORDER granting 160 Motion For Extension Of Deadlines For Briefing Post-Trial Motions. Signed by District Judge Rodney Gilstrap on 8/9/2024. (NKL) (Entered: 08/09/2024) |
| 08/09/2024 | | 168 | JOINT MOTION to Enter Stipulated Order on Execution of Judgment Against Defendants by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit A - Declaration, # 2 Exhibit B - Certification, # 3 Exhibit C - Certification, # 4 Proposed Order)(Hill, Jack Wesley) (Entered: 08/09/2024) |
| 08/22/2024 | | 169 | ORDER granting 168 Motion to Enter Stipulated Order on Execution of Judgment Against Defendants. Signed by District Judge Rodney Gilstrap on 8/22/2024. (NKL) (Entered: 08/22/2024) |
| 09/16/2024 | | 170 | UNOPPOSED MOTION to Withdraw as Attorney by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Hill, Jack Wesley) (Entered: 09/16/2024) |

| Date | | No. | Description |
|---|---|---|---|
| 09/18/2024 | | 171 | ORDER granting 170 Motion to Withdraw as Attorney. Attorney Jack Wesley Hill; Charles Everingham, IV and Andrea Leigh Fair terminated. Signed by District Judge Rodney Gilstrap on 9/18/2024. (NKL) (Entered: 09/18/2024) |
| 09/19/2024 | 🔒 | 172 | SEALED RESPONSE re 157 SEALED MOTION *Defendants' Renewed Motion for Judgment as a Matter of Law of No Willfulness of the Asserted Patents*, filed by Netlist, Inc. (Attachments: # 1 Declaration of Yanan Zhao, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order)(Sheasby, Jason) (Entered: 09/19/2024) |
| 09/19/2024 | 🔒 | 173 | SEALED RESPONSE re 159 SEALED MOTION *Defendants' Rule 50(B) Motion for Judgment as a Matter of Law for Non-Infringement*, filed by Netlist, Inc. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order)(Sheasby, Jason) (Entered: 09/19/2024) |
| 09/19/2024 | 🔒 | 174 | SEALED RESPONSE re 156 SEALED MOTION *Micron Defendants' Renewed Motion for Judgment as a Matter of Law on Damages* filed by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 09/19/2024) |
| 09/19/2024 | 🔒 | 175 | SEALED RESPONSE re 158 SEALED MOTION *Defendants' Rule 59 Motion for A New Trial* filed by Netlist, Inc.. (Attachments: # 1 Declaration of Stephen Payne, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Sheasby, Jason) (Entered: 09/19/2024) |
| 09/27/2024 | | 176 | JOINT MOTION to Extend Deadlines by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 09/27/2024) |
| 10/03/2024 | 🔒 | 177 | SEALED REPLY to Response re 156 SEALED MOTION *Micron Defendants' Renewed Motion for Judgment as a Matter of Law on Damages* filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Rueckheim, Michael) (Entered: 10/03/2024) |
| 10/03/2024 | 🔒 | 178 | SEALED REPLY to Response re 159 SEALED MOTION *Defendants' Rule 50(B) Motion for Judgment as a Matter of Law for Non-Infringement* filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Declaration of Michael Rueckheim, # 2 Exhibit 14)(Rueckheim, Michael) (Entered: 10/03/2024) |
| 10/03/2024 | 🔒 | 179 | SEALED REPLY to Response re 157 SEALED MOTION *Defendants' Renewed Motion for Judgment as a Matter of Law of No Willfulness of the Asserted Patents* filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Declaration of Michael Rueckheim, # 2 Exhibit E, # 3 Exhibit F)(Rueckheim, Michael) (Entered: 10/03/2024) |
| 10/03/2024 | 🔒 | 180 | SEALED REPLY to Response re 158 SEALED MOTION *Defendants' Rule 59 Motion for A New Trial* filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Declaration of Michael Rueckheim, # 2 Exhibit 17, # 3 Exhibit 18) (Rueckheim, Michael) (Entered: 10/03/2024) |
| 10/04/2024 | | 181 | ORDER granting 176 JOINT MOTION to Extend Deadlines filed by Micron Semiconductor Products Inc, Micron Technology Inc, MICRON TECHNOLOGY TEXAS, LLC. It is ORDERED that the parties' deadlines for |

| | | | |
|---|---|---|---|
| | | | the Post-Trial Motions are extended according to the new proposed schedule above. Signed by District Judge Rodney Gilstrap on 10/4/2024. (slo) (Entered: 10/04/2024) |
| 10/09/2024 | | 182 | ORDER re 154 Notice Regarding Agreed Bill of Costs filed by Netlist, Inc.. Signed by District Judge Rodney Gilstrap on 10/8/2024. (NKL) (Entered: 10/09/2024) |
| 10/09/2024 | | 183 | BILL OF COSTS. Costs Taxed in the amount of $185000. (NKL) (Entered: 10/09/2024) |
| 10/30/2024 | 🔒 | 184 | SEALED SUR-REPLY to Reply to Response re 156 SEALED MOTION *Micron Defendants' Renewed Motion for Judgment as a Matter of Law on Damages* filed by Netlist, Inc.. (Sheasby, Jason) (Entered: 10/30/2024) |
| 10/30/2024 | 🔒 | 185 | SEALED SUR-REPLY to Reply to Response re 159 SEALED MOTION *Defendants' Rule 50(B) Motion for Judgment as a Matter of Law for Non-Infringement* filed by Netlist, Inc.. (Sheasby, Jason) (Entered: 10/30/2024) |
| 10/30/2024 | 🔒 | 186 | SEALED SUR-REPLY to Reply to Response re 157 SEALED MOTION *Defendants' Renewed Motion for Judgment as a Matter of Law of No Willfulness of the Asserted Patents* filed by Netlist, Inc.. (Sheasby, Jason) (Entered: 10/30/2024) |
| 10/30/2024 | 🔒 | 187 | SEALED SUR-REPLY to Reply to Response re 158 SEALED MOTION *Defendants' Rule 59 Motion for A New Trial* filed by Netlist, Inc.. (Sheasby, Jason) (Entered: 10/30/2024) |
| 12/02/2024 | | 188 | UNOPPOSED MOTION to Withdraw as Attorney by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Zhao, Yanan) (Entered: 12/02/2024) |
| 12/03/2024 | | 189 | ORDER granting 188 Motion to Withdraw as Attorney. Attorney Yanan Zhao terminated. Signed by District Judge Rodney Gilstrap on 12/3/2024. (NKL) (Entered: 12/03/2024) |
| 06/11/2025 | 🔒 🔒 | 190 | *SEALED* SEALED MEMORANDUM OPINION AND ORDER. Signed by District Judge Rodney Gilstrap on 6/11/2025. (NKL) (Entered: 06/11/2025) |
| 06/11/2025 | | 191 | SEALED MEMORANDUM OPINION AND ORDER re 157 SEALED MOTION Defendants' Renewed Motion for Judgment as a Matter of Law of No Willfulness of the Asserted Patents. Signed by District Judge Rodney Gilstrap on 6/11/2025. (NKL) (Entered: 06/11/2025) |
| 06/11/2025 | 🔒 🔒 | 192 | *SEALED* SEALED MEMORANDUM OPINION AND ORDER re 156 SEALED MOTION Micron Defendants' Renewed Motion for Judgment as a Matter of Law on Damages. Signed by District Judge Rodney Gilstrap on 6/11/2025. (NKL) (Entered: 06/11/2025) |
| 06/11/2025 | 🔒 🔒 | 193 | *SEALED* SEALED MEMORANDUM OPINION AND ORDER re 158 SEALED MOTION Defendants' Rule 59 Motion for A New Trial. Signed by District Judge Rodney Gilstrap on 6/11/2025. (NKL) (Entered: 06/11/2025) |
| 06/12/2025 | 🔒 | | (Court only) ***Document Unsealed. 191 SEALED MEMORANDUM OPINION AND ORDER unsealed per Chambers. (NKL) (Entered: 06/12/2025) |
| 06/18/2025 | | 194 | JOINT NOTICE *of Redactions to Order Dkt. 190* by Netlist, Inc. (Attachments: # 1 Exhibit A - Redacted Dkt. 190)(Sheasby, Jason) (Entered: 06/18/2025) |

| | | |
|---|---|---|
| 06/18/2025 | 195 | JOINT NOTICE *of Redactions to Order Dkt. 192* by Netlist, Inc. (Attachments: # 1 Exhibit A - Redacted Dkt. 192)(Sheasby, Jason) (Entered: 06/18/2025) |
| 06/18/2025 | 196 | JOINT NOTICE *of Redactions to Order Dkt. 193* by Netlist, Inc. (Attachments: # 1 Exhibit A - Redacted Dkt. 193)(Sheasby, Jason) (Entered: 06/18/2025) |
| 07/09/2025 | 197 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 151 Judgment by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. Filing fee $ 605, receipt number ATXEDC-10949680. (Rueckheim, Michael) (Entered: 07/09/2025) |
| 07/09/2025 | | Transmission of Notice of Appeal, Final Judgment, Sealed Memorandum Opinion and Order 190 191 192 193 and a certified copy of the Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 197 Notice of Appeal - FEDERAL CIRCUIT (NKL) (Entered: 07/09/2025) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00294-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## FINAL JUDGMENT

A jury trial commenced in this case on May 20, 2024.  On May 23, 2024, the jury returned a unanimous verdict (Dkt. No. 135) finding that Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") infringed at least one claim of each patent asserted by Netlist, Inc. ("Netlist"), such claims being Claim 16 of U.S. Patent No. 7,619,912 (the "'912 Patent") and Claims 1, 2, 8, 11, 12, 13, and 14 of U.S. Patent No. 11,093,417 (the "'417 Patent") (collectively, the "Asserted Claims"); that such infringement was willful; and that Netlist should recover from Micron $425,000,000.00 for infringement of the '912 Patent and $20,000,000.00 for infringement of the '417 Patent through the date of trial.

In Micron's notices concerning its invalidity and equitable defenses (Dkt. Nos. 106 and 123), Micron has stipulated that it is no longer pursuing any of its previously raised invalidity and equitable defenses. In light of these stipulations and the jury's verdict, the Court finds that a Final Judgment in the case should be and hereby is entered based on the jury's verdict.

On May 30, 2024, Netlist filed an opposed Motion Requesting Entry of Final Judgment. (Dkt. No. 142.) Micron opposes the entry of Final Judgment. (Dkt. No. 147.) Micron argues that Netlist's motion is premature and unwarranted because Netlist did not include a proposed form of judgement in a separate document. (*Id.*) Further, Micron notes that the IPR of the '417 Patent is still pending with the PTAB's decision expected in August 2024. (*Id.*) Micron argues that the Court should wait to enter judgment until the PTAB's decision issues so that the "full record" may be presented to the Federal Circuit all at the same time. (*Id.*) Further, Micron argues that Netlist is not entitled to prejudgment interest because Netlist did not propose any form of judgment and because Netlist exhibited undue delay in bringing its infringement suit. (*Id.* at 6-12.) The Court finds that none of these are an appropriate basis to withhold entry of final judgment. The Motion Requesting Entry of Final Judgment (Dkt. No. 142) is **GRANTED** hereby.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's unanimous verdict, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Micron has infringed Claim 16 of the '912 Patent;

2. Micron has infringed one or more of Claims 1, 2, 8, 11, 12, 13, and 14 of the '417 Patent;

3. Micron has willfully infringed Claim 16 of the '912 Patent;

4. Micron has willfully infringed one or more of Claims 1, 2, 8, 11, 12, 13, and 14 of the '417 Patent;

5. Netlist is hereby awarded damages from and against Micron and shall accordingly have and recover from Micron the sum of $425,000,000.00 U.S. Dollars in the form of a running royalty for Micron's infringement of the '912 Patent;

6. Netlist is hereby awarded damages from and against Micron and shall accordingly have and recover from Micron the sum of $20,000,000.00 U.S. Dollars in the form of a running royalty for Micron's infringement of the '417 Patent;

7. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Netlist is the prevailing party in this case and shall recover its costs from Micron, and Netlist is directed to file its proposed Bill of Costs;

8. Notwithstanding the jury's finding of willfulness, the Court having considered the totality of the circumstances together with the material benefit of having presided throughout the jury trial and having seen the same evidence and heard the same arguments as the jury, and mindful that enhancement is generally reserved for "egregious cases of culpable behavior,"[1] concludes that enhancement of the compensatory award herein is not warranted under 35 U.S.C. § 284 and consequently, the Court elects not to enhance the damages awarded herein;

9. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest should ordinarily be awarded absent some justification for withholding such an award," the Court awards pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, from the date of infringement through the date of entry of this Judgment;[2] and

10. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid.

---

[1] *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 579 U.S. 93, 106 (2016).
[2] *See Nickson Indus., Inc. v. Rol Mfg. Co., Ltd.*, 847 F.2d 795, 800–801 (Fed. Cir. 1988). The Court finds Micron's arguments against an award of prejudment interest unavailing. (*See* Dkt. No. 147.)

Any request for relief pursuant to 35 U.S.C. § 285 must be filed as a subsequent motion herein within 28 days of this Judgment. All other relief requested by either party which is now pending before the Court and not specifically awarded herein is **DENIED**.

**So ORDERED and SIGNED this 10th day of July, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE