**FORM 9A. Notice of Related Case Information**                           Form 9A (p. 1)
                                                                              March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**     2025-1936

**Short Case Caption**     Netlist, Inc. v. Micron Technology Texas, LLC

**Filing Party/Entity**     Netlist, Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

See attached.

☑     Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

| |
|---|
| Netlist, Inc.; Micron Technology Texas, LLC; Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.; Google, LLC |

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

| |
|---|
| See attached. |

☑    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/29/2025

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

**Attachment to Appellee Netlist Inc.'s Notice of Related Case Information in**
***Netlist, Inc. v. Micron Technology Texas, LLC*, No. 2025-1936**

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

   - *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 2024-2304 (Fed. Cir.) (appeal from IPR2022-00615 and IPR2023-00203 (P.T.A.B.));
   - *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 2025-1286 (Fed. Cir.) (appeal from IPR2023-00455 and IPR2023-01142 (P.T.A.B.));
   - *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 2025-1296 (Fed. Cir.) (appeal from IPR2023-00454 and IPR2023-01141 (P.T.A.B.));
   - *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 2:22-cv-00293 (E.D. Tex.);
   - *Netlist, Inc. v. Google LLC*, No. 3:09-cv-05718 (N.D. Cal.)

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

BAKER BOTTS LLP: Theodore W. Chandler; Lori Ding; Eric J. Faragi; John Gaustad (no longer with the firm); Michael Hawes; Ferenc Pazmandi; Brianna L. Potter; Eliot Damon Williams.

COVINGTON & BURLING LLP: Alice Juwon Ahn; Brian R. Nester.

DLA PIPER LLP: Sean C. Cunningham; John Michael Guaragna.

EDLESON & HINDMAN: Thomas Jesse Hindman.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP: Doris Johnson Hines (no longer with the firm); Jinwoo Kim; Erik Raymond Puknys; Kara A. Specht; Jason E. Stach; Chen Zang.

FISH & RICHARDSON PC: Francis J. Albert; Jonathan Benjamin Bright; Bryan James Cannon; Ruffin B. Cordell; Lauren A. Degnan; Christopher William Dryer; James Lee Huguenin-Love; Karolina Jesien; Brian Livedalen; Michael J. McKeon; Matthew Mosteller; Kathryn Ann Quisenberry; Katherine Reardon; Thomas Howard Reger, II; Daniel Aaron Tishman.

GILLAM & SMITH LLP: Melissa Richards Smith; James Travis Underwood.

1

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP: Adrian Mary Pruetz (no longer with the firm).

GOODWIN PROCTER LLP: Scott T. Weingaertner.

HALTOM & DOAN: Darby Vincent Doan; Jennifer Haltom Doan; Mariah Leigh Hornok; Joshua Reed Thane.

HEIM, PAYNE & CHORUSH LLP: Michael Heim; Chris Limbacher.

HILGERS GRABEN PLLC: Jon Bentley Hyland; Grant K. Schmidt.

HOGAN LOVELLS LLP: David Andrew Perlson.

IRELL & MANELLA LLP: Alvin Matthew Ashley; Rebecca L. Carson; Nora Isabella Chestney; Ericka DiMeglio; Lisa Sharrock Glasser; Michael David Harbour; Andrew Henderson; David Z. Kahn; Jonathan Michael Lindsay; Benjamin Manzin-Monnin; Stephen M. Payne; Anthony Q. Rowles; Jason G. Sheasby; Andrew J. Strabone; Michael William Tezyan; Philip J. Warrick; Thomas C. Werner; Yanan Zhao (no longer with the firm); Hong Annita Zhong.

JONES DAY: John D. Kinton (no longer with the firm).

J. WESLEY HILL, P.C.: Jack Wesley Hill.

KILPATRICK TOWNSEND & STOCKTON, LLP: Evan Nadel.

KING & SPALDING LLP: Allison Altersohn (no longer with the firm); Geoffrey M. Ezgar (no longer with the firm); Mark H. Francis (no longer with the firm); Laura Huffman; Susan A. Kim; Daniel C. Miller; Robert F. Perry (no longer with the firm); Timothy Tully Scott (no longer with the firm); Leo Spooner, III (no longer with the firm); Donald Frederick Zimmer, Jr.

LTL ATTORNEYS LLP: Steven Richard Hansen (no longer with the firm); Enoch H. Liang (no longer with the firm); Edward S. Quon (no longer with the firm).

MARTIN & MACK LLP: Shelley Kay Mack.

MCKOOL SMITH P.C.: Samuel Franklin Baxter; Kevin Lee Burgess; Jennifer Leigh Truelove.

MILLER FAIR HENRY PLLC: Charles Everingham, IV; Andrea Leigh Fair.

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC: Andrew H. DeVoogd (no longer with the firm); Matthew S. Galica; Kara Grogan (no longer with the firm); Adrian Kwan (no longer with the firm); James M. Wodarski.

MOLOLAMKEN LLP: Elizabeth Kathleen Clarke; Jennifer Elizabeth Fischell; Kayvon Ghayoumi; Rayiner Hashem; Jeffrey A. Lamken; Sara Margolis; Catherine Martinez; Lidiya Mishchenko; Bonnie K. St. Charles.

MORRISON & FOERSTER LLP: Eric Martin Acker; David C. Doyle.

NIXON PEABODY LLP: Erica J. Van Loon.

O'MELVENY AND MYERS LLP: Amy Riley Lucas; Anton Metlitsky; Marc J. Pensabene; Mike Yoder.

ORRICK, HERRINGTON & SUTCLIFFE LLP: Jared Bobrow; Melanie L. Bostwick; Robert Manhas; E. Joshua Rosenkranz; Emily Villano.

QUINN EMMANUEL URQUHART & SULLIVAN, LLP: Deepa Acharya; Jared Weston Newton; Sandy Yuanzhao Shen; Jonathan Sze Ming Tse.

STERNE KESSLER GOLDSTEIN & FOX PLLC: Richard M. Bemben; Richard Crudo; William Milliken.

TRUELOVE LAW FIRM: Justin Kurt Truelove.

VEDDER PRICE P.C.: Cheryl A. Sabnis.

WILLKIE FARR & GALLAGHER LLP: Cat Williams.

WINSTON & STRAWN LLP: Natalie Lynn Arbaugh; Aldo A. Badini; David P. Enzminger; Garrett C. Heller; Matthew Hopkins; Vivek V. Krishnan (no longer with the firm); James C. Lin; William Mitchell Logan; Rex Andrew Mann; Matthew R. McCullough; Thomas M. Melsheimer; Ryuk Park; Michael Robert Rueckheim; Juan C. Yaquian.