FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1936

**Short Case Caption:** Netlist, Inc. v. Micron Technology Texas, LLC

**Filing Party/Entity:** Netlist, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S.D.C. E.D. Tex. | 2:22-cv-00294-JRG | Patent Infringement |

Relief sought on appeal:  ☐ None/Not Applicable

Affirmance of the judgment of the district court and all underlying or related decisions, findings, orders, rulings, and/or conclusions decided adversely to Micron.

Relief awarded below (if damages, specify):  ☐ None/Not Applicable

See attached.

Briefly describe the judgment/order appealed from:

See attached.

Nature of judgment (select one):          Date of judgment: 07/11/2024

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement                                  Form 26 (p. 2)
                                                                  July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

Netlist, Inc. v. Samsung Electronics Co., Ltd., No. 2024-2304; Netlist, Inc. v. Samsung Electronics Co., Ltd., 2025-1286; Netlist, Inc. v. Samsung Electronics Co., Ltd., 2025-1296

Issues to be raised on appeal:  ☐ None/Not Applicable

Affirmance of the judgment and underlying orders.

Have there been discussions with other parties relating to settlement of this case?

☑    Yes    ☐    No

If "yes," when were the last such discussions?

☐  Before the case was filed below
☑  During the pendency of the case below
☐  Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?        ☑ Yes        ☐ No

If they were mediated, by whom?

The Honorable David Folsom

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

The parties are involved in multiple disputes that would impede resolution of appeal through mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A.

Date:  07/29/2025                Signature:  /s/ Jeffrey A. Lamken

                                Name:      Jeffrey A. Lamken

Save for Filing

**Attachment to Appellee's Docketing Statement in**
***Netlist, Inc. v. Micron Technology Texas, LLC*, No. 2025-1936**

**<u>Relief Awarded Below</u>**

The district court awarded the following relief, Dkt. 151:

(1)    Judgment in Netlist's favor that Micron has infringed claim 16 of U.S. Patent No. 7,619,912;

(2)    Judgment in Netlist's favor that Micron has infringed one or more of claims 1, 2, 8, 11, 12, 13, and 14 of U.S. Patent No. 11,093,417;

(3)    Judgment in Netlist's favor that Micron's infringement was willful;

(4)    Award of damages to Netlist from and against Micron in the sum of $425,000,000.00 in the form of a running royalty for Micron's infringement of U.S. Patent No. 7,619,912;

(5)    Award of damages to Netlist from and against Micron in the sum of $20,000,000.00 in the form of a running royalty for Micron's infringement of U.S. Patent No. 11,093,417;

(6)    Netlist's recovery of costs from Micron; and

(7)    Pre-judgment and post-judgment interest applicable to all sums awarded.

1

**Description of the Judgment or Order Appealed From**

The district court entered judgment in favor of Netlist and against Micron on Netlist's claims of infringement of U.S. Patent Nos. 7,619,912, and 11,093,417, including Netlist's claim of willful infringement. The district court also awarded damages for infringement to Netlist from and against Micron in the total amount of $445,000,000; and awarded pre-judgment and post-judgment interest and costs to Netlist. *See* Dkt. 151.

The district court subsequently entered orders denying: Micron's motion for judgment as a matter of law of non-infringement for U.S. Patent Nos. 7,619,912, and 11,093,417, *see* Dkt. 190; Micron's motion for judgment as a matter of law of no willfulness, *see* Dkt. 191; Micron's renewed motion for judgment as a matter of law on damages, *see* Dkt. 192; and Micron's motion for a new trial, *see* Dkt. 193.

The district court also entered a related claim construction order. *See Netlist, Inc. v. Samsung Electronics Co. Ltd.*, No. 2:22-cv-00293-JRG, Dkt. 228 (E.D. Tex. Nov. 11, 2023).[1]

---

[1] At the time of the claim construction order, the case below was consolidated with Case No. 2:22-cv-00293. *See* Dkt. 30. The claim construction order was therefore entered only on the docket for Case No. 2:22-cv-00293. The cases were later deconsolidated and were tried separately. Dkt. 36.