NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Plaintiff-Appellee*

**v.**

**MICRON TECHNOLOGY TEXAS, LLC, MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC.,**
*Defendants-Appellants*

---

2025-1936

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:22-cv-00294-JRG, Judge J. Rodney Gilstrap.

---

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

November 10, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE: NOVEMBER 10, 2026**